## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HARON DONTE COLES, | : | No. 99 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN J. TALABER, ESQUIRE, | : | |
| DEFENDANT SECRETARY, | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE ("PBPP"), | : | |
| | : | |
| Respondents | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.